STATE of Missouri, Respondent,

v.

Kenneth C. MARTIN, Appellant.

Nos. WD 46767, WD 49255.

Missouri Court of Appeals,
Western District.

May 23, 1995.

Motion for Rehearing and/or transfer to
Supreme Court Denied June 27, 1995.

Application to Transfer Denied
Sept. 19, 1995.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

**ORDER**

PER CURIAM:

Consolidated appeal from convictions of murder in the second degree, § 565.021.1, RSMo 1994, and armed criminal action, § 571.015.1, RSMo 1994; and from denial of Rule 29.15 postconviction motion.

Judgment of conviction is affirmed, Rule 30.25(b); denial of postconviction motion is affirmed, Rule 84.16(b).